# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE McNABB, | NO. CV 16-2595-SJO (AGR) |
|     Petitioner, | |
|     v. | JUDGMENT |
| WARDEN, C.S.P. - SACRAMENTO, | |
|     Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

June 15, 2016.

DATED: _____   _____
                                                    S. JAMES OTERO
                                      United States District Judge